UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>v.<br><br>CHRISTOPHER E. MORGAN,<br><br>                              Defendant. | Case No. 16-CR-133-JPS-2<br><br>**ORDER** |

On August 23, 2016, the grand jury returned an indictment against Defendant. (Docket #1). Count One charges Defendant with robbery, in violation of 18 U.S.C. § 1951(a). Count Two charges Defendant with use of a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). Finally, Count Four charges Defendant with transferring a firearm to his co-defendant, Anthony Chappell, knowing that Chappell was a convicted felon, in violation of 18 U.S.C. §§ 922(d) and 924(a)(2). On October 26, 2016, the parties filed a plea agreement indicating that Defendant agreed to plead guilty to Count Two of the indictment. (Docket #23 at 1–2).

The parties appeared before Magistrate Judge William E. Duffin on November 8, 2016, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #28). Defendant entered a plea of guilty as to Count Two of the indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent

factual basis containing each of the essential elements of the offense. (Docket #29 at 1).

Thereafter, on November 9, 2016, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) that a presentence investigation report be prepared; and (3) that Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C.§ 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #29 at 2).

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #29) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 8th day of December, 2016.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge